THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
MICHAEL DU BYK, Appellant.

Submitted May 23, 1955; decided June 2, 1955.

*Nancy Carley* for motion.

*Daniel V. Sullivan, District Attorney (John B. Lee* of counsel),
for the People of the State of New York.

Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ANNIELLO
ERCOLE, Also Known as " T ", Respondent.

Submitted May 23, 1955; decided June 2, 1955.

Motion for reargument denied.   [See 308 N. Y. 425.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
PHILIP ORLANDO, Appellant.

Submitted May 23, 1955; decided June 2, 1955.

Motion to amend remittitur denied.   [See 304 N. Y. 805;
308 N. Y. 943.]